## Exhibit A to the Complaint

**Location:** Queens, NY  
**Total Works Infringed:** 75  

**IP Address:** 173.52.229.144  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 849610A8B19EE3B53DB6532BFED64DCF1B78382C<br>File Hash: 33E613174B4500A0095910B4068105F80341A7A1BD0C6B1BF749FEFA575DDDB3 | 05/06/2024 08:53:45 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 2 | Info Hash: 4D347C3B922537DECA1E7D90591BCF15F763E318<br>File Hash: E18050780127A2B9DCCCF4887FD18CD706BB21E6AA9CA8B0FA0EEFD6C60DA8F3 | 05/06/2024 05:48:07 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 3 | Info Hash: 237CD43A59EF3FDB8C2BC9692B8E0B572325704E<br>File Hash: 30F0CF7D815E8CA38A9185CCD8A729338DE271D1F51B1135B41218AB9B5D1A50 | 05/06/2024 05:47:34 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 4 | Info Hash: F02BAC5363A60ADB385E75B97E345610598ED825<br>File Hash: 476BDF0CF7FD93560077224E4CBC5C563ACFF3D39B1E894AC00C0754E6B0A06A | 05/06/2024 05:47:21 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 5 | Info Hash: 7896526ABD274571906E1C65BD95D360A77FDED3<br>File Hash: 8EB06E511738AA7D17FE544A22D4503A67B911F5269889708CD63D3EE48FC221 | 05/06/2024 02:37:09 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |
| 6 | Info Hash: 82BED703989601472ED074989E65249FF83EFA2C<br>File Hash: E5A387807981896A5BF05AEE17015F7DB7638322C943E04BA02D40EE1B14DD24 | 05/06/2024 02:32:24 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 7 | Info Hash: F4307643D7B565CF51E303872C721DD0F212712D<br>File Hash: D4A86AAEDBB2CD45F94ABA6972373D6C537043AF51CCB3AB0D92BBF947F7AA89 | 05/06/2024 02:31:56 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 8 | Info Hash: A4F82BF3ACF8D31161829022CDFA042724D88246<br>File Hash: 8E9891EFB7628408C6308B20B7935CD16B11A13EE83060B3FB0390A7A3785682 | 05/06/2024 02:31:51 | Blacked | 02/13/2021 | 02/26/2021 | PA0002283713 |
| 9 | Info Hash: 3C2C57E931F357E253E12A3ECDF03AEF43D74F6B<br>File Hash: 513C05FB289031E897F550EF7D1B869341186E858EB1638262A2CF057A3C30D6 | 05/06/2024 02:28:30 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 10 | Info Hash: 712BE5F01D556363B9235A3BD9BF6C1A83F5D34B<br>File Hash: 4C3BF1B38C5C15EC5583EE9DE43545406BF8694C3C502A967D36AB1946808D8C | 05/05/2024 23:27:25 | Blacked | 03/05/2022 | 03/29/2022 | PA0002342848 |
| 11 | Info Hash: 771B337417F64C2496161B5B2E143E72A0EB750C<br>File Hash: 116A6E09A6319737BB03EBBB911426D1668FF2E5A9177A90E89FC7B5E2E73802 | 05/05/2024 23:27:13 | Blacked | 03/01/2018 | 04/12/2018 | PA0002091580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 04B28AFB91A1BF02D7E20249C1B019C8975DEAEF<br>File Hash: 455EFFEBBFE50A8F46D17310462C8A1A1EDE3428D8D17D846099C6E77DB0D5F3 | 05/05/2024 23:26:42 | Blacked | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 13 | Info Hash: D10643F5B8DC7EB6E2871CBD7FD9239153C8BC2F<br>File Hash: 02BCA113D3AAF56B62AB3AF493DC69B936734239D10699DE6A20516D70C5AE66 | 05/05/2024 17:22:47 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 14 | Info Hash: B7F474A5BDDCF21BF33956707025DCC09BB974A2<br>File Hash: 97596848025554FA4317B070D895BDC1E5AD422E371D3F79AB3AEE83367C69AE | 05/05/2024 17:20:37 | Blacked | 02/19/2022 | 03/29/2022 | PA0002342851 |
| 15 | Info Hash: C8DC78D20EFD21C816C03C1756298033C7D0A10B<br>File Hash: 8F67AC4A8D9627688943620717D5893D53CDD337D05E269C127C50727C75168D | 05/05/2024 17:19:39 | Blacked | 01/01/2022 | 01/17/2022 | PA0002330118 |
| 16 | Info Hash: E7B6BE43B719E1A47F3FAEDB2C3C2A840A7E672C<br>File Hash: EE11FF5FAB5D2E283A774AE0D810570151DC113F6EB3478758FA05C4B26D749F | 05/05/2024 17:19:26 | Blacked | 12/04/2021 | 12/09/2021 | PA0002325833 |
| 17 | Info Hash: 25B680E1DFD208AA8CDA8A74D98948D615D9AFC5<br>File Hash: 116EE34AA87A7074803D52024B5CFA60F33DD1D8914DBF5AE0CC88C898859B48 | 05/05/2024 17:18:42 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |
| 18 | Info Hash: DD6CFFB54ED403DEF8B7C84CA303A48F6DD4E185<br>File Hash: 964466B3B278ACD333BB146B96EC66EB75636A99F0EB13E90C9F5B00131E63E1 | 05/05/2024 17:15:53 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 19 | Info Hash: 45C35C4FF1ECAC2B218D4A115D3BC0AA8B2DBECE<br>File Hash: 5448F0AFE8C78DA1E7F50B5D0518D20E708C7835C6F0CD2EA18958044E805191 | 05/05/2024 17:15:44 | Blacked | 02/12/2022 | 02/14/2022 | PA0002335505 |
| 20 | Info Hash: D4EE372D4BE2B520F433A9CC2DEB770109AAEBD8<br>File Hash: F2BAEE7BEBB2424555FA7B26995EADE83FA1E35F5AF03FDC0342B57ED98A9348 | 05/05/2024 17:15:28 | Blacked | 12/24/2022 | 01/10/2023 | PA0002389603 |
| 21 | Info Hash: 198ADFCAD4DFCBB06EBED5D4EA565CAA383A793D<br>File Hash: DC9B2B3306CD652B4AC7BDD7B5602685EA5735C0ECFF72D2011292B19B6535D0 | 05/05/2024 14:12:39 | Blacked | 08/28/2021 | 09/21/2021 | PA0002312681 |
| 22 | Info Hash: 61F03748D54987A7C3739242E8ABD12A0A7D9A9F<br>File Hash: 3A48FD4742A1FC48E5D13BE6F067BB267A567B6F70DC42ADE012FF9C83C6E0E8 | 05/05/2024 11:07:06 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 23 | Info Hash: CD0A15EE3729AC75B93E7D7101EA9E80266492FB<br>File Hash: 026F54F53E0E8FB3B27DCFEDAF9BF74136972B838CB5474AB7BDCBC98C321FD5 | 05/05/2024 11:06:36 | Blacked | 11/27/2021 | 02/03/2022 | PA0002341770 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 59F603F87AFC9AF1322C44164D367AE566415776<br>File Hash: 575D545EA9B4A1F33041DA322267642C1B8FD138E09920CE7A191F5C77D3B97D | 05/05/2024 11:02:27 | Blacked | 08/01/2020 | 08/11/2020 | PA0002252255 |
| 25 | Info Hash: 3C0FBAFBE3D12B6B57397D24C12C97C905CF912F<br>File Hash: C8525331857799F173DA3A8B07DF06C08F94E18A01F2CF3061B698D763E1B326 | 05/05/2024 01:30:11 | Blacked | 10/31/2020 | 11/24/2020 | PA0002265967 |
| 26 | Info Hash: BB297D8716D39AD4A8E082DD774C59B08BB6AFE2<br>File Hash: 7D54AB19ADADAA96E409E2DC4D270B50839B04EBDD639682D0F285054BD0CEAC | 05/05/2024 01:27:13 | Blacked | 10/17/2020 | 11/05/2020 | PA0002263387 |
| 27 | Info Hash: 84BE5D29C319B5EE19826E5C8A77C0C7915FBC82<br>File Hash: F69DB999E7F2CFE506510E22294B39138105FEC56BB1C9ADA093DB0D5FE22CF6 | 05/05/2024 01:13:59 | Blacked | 09/19/2020 | 09/29/2020 | PA0002258681 |
| 28 | Info Hash: 81855F1C384666E7156E6A33E164AE12B7CCB1F9<br>File Hash: 930DAE3FC54B9C008D01D1E0346A8221B72D0F4108EDF40C524E4CF3CB835D1D | 05/05/2024 01:00:51 | Blacked | 08/22/2020 | 09/05/2020 | PA0002255479 |
| 29 | Info Hash: 6D380552BA85B8BB1D05C9E12A719D05DA0821B7<br>File Hash: 539F4E40B29CE19AB14241915BA13A6C35E855CAFD89068477A791A1440795AB | 05/05/2024 00:56:56 | Blacked | 03/10/2020 | 04/15/2020 | PA0002246103 |
| 30 | Info Hash: 351F2378F22F2017A5CAFB4CA52429901D4FE49C<br>File Hash: EDCB43859CAAE6967AA10734DB754979E75145C6F1C13E1C116871F32CDD13DC | 05/05/2024 00:53:14 | Blacked | 03/05/2020 | 04/15/2020 | PA0002246102 |
| 31 | Info Hash: F2A2C89A5B342484EA4401C1CD57289AD6F15CF6<br>File Hash: 58CEB8068A7422C0F83D2407F0F7D61F458757134037E045661C1CB939BF7CCB | 05/05/2024 00:46:00 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 32 | Info Hash: 347EB8BBF6B8E228C2F9BA7A9A197265612FA772<br>File Hash: B931D29266D2FADFE2A3322C45235ADD3FFFAE069331D254137875D94A013596 | 05/05/2024 00:22:38 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 33 | Info Hash: FE39146F9DAF4014E1B016D7A4A99B25F4BAE402<br>File Hash: B537777134FFFE0A3C4ED930D7E2EE8EBA2DEEF32DA1B6AA08E0ABA59EC6D2FB | 05/04/2024 23:23:04 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 34 | Info Hash: 1FA2107E71B211118FE2FAB3DFC967010599234C<br>File Hash: 9814CAC877A03C0B5DBEB12D26F75C168187A6847D46AA0D528968F3E23175A9 | 05/04/2024 23:10:22 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 35 | Info Hash: 1CBBB085FCE43A83EB8FBAE5D43B93D3BD79244F<br>File Hash: 241A0A738355784BB3E971B23A14883217883B7568770D027ED4183073D7A17F | 05/04/2024 23:06:21 | Blacked | 07/19/2019 | 09/10/2019 | PA0002199415 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: FC01C1CE4497B047BE71D1D2AFF80C114FAF8318<br>File Hash:<br>12A31BBC796DF7D54116684B016EBF34AB7D1615F68F6BDB3F5CCF64739D0428 | 05/04/2024<br>23:03:48 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 37 | Info Hash: 48D735E92903334A5B936010585CBC536EBE0FB2<br>File Hash:<br>6591888B8126832A3FB6784E9072B8AA3E74B1BDE4EF4F4155855606A600385D | 05/04/2024<br>23:03:34 | Blacked | 10/12/2019 | 11/05/2019 | PA0002227087 |
| 38 | Info Hash: 126B4C68ED9AF257146D88E97BE782D5B0D26E15<br>File Hash:<br>B7FE3399E766C71C056060AF40B39439E138E13F695BFF2B3EB5D22AD64F358B | 05/04/2024<br>22:56:24 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 39 | Info Hash: A4E9CA40EE8821E51440C447F95F66F100EAA306<br>File Hash:<br>2AE84BF08DB5611E718A7CD13EF0D3C03DC9128FF56053E3CE0DCD40E86805C4 | 05/04/2024<br>22:56:00 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 40 | Info Hash: 35FDE5E9586A2384935D45D06B4A5CB93B6CC733<br>File Hash:<br>DA1977D3F3445C344AF9246990806BF6C58C2B94525C19D2F099076D968D8C09 | 05/04/2024<br>22:52:50 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 41 | Info Hash: BE59B87BAF05D5D0B70979E292CACE8549F4F307<br>File Hash:<br>28CBD40143B0D41575AC132CC70A857F8F93BB095B22DB6333E622A5C632B88E | 05/04/2024<br>22:50:35 | Blacked | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 42 | Info Hash: 454183F2D02E6F226C75CE2D6E15D1100B01881E<br>File Hash:<br>F0C1AE10848CC91CE24842ACE73B46149CE056D8F33DEEBCCD63E6F33CEB6139 | 05/04/2024<br>22:46:58 | Blacked | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 43 | Info Hash: 6712A83CCBC45583FC4EDD4913126CFB0DA9A713<br>File Hash:<br>208E1EED03051F34D5995BB6CEDFFF032F283EDDC293B3402A10C14E62808DE8 | 05/04/2024<br>22:14:23 | Blacked | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 44 | Info Hash: 1385A65FD7244C185035D391F362DA5B34119AE9<br>File Hash:<br>4FF6C0E55F70D8D37CD65A5DD9C19F09BBFBDE4B869E07643C70A44A4FAC384F | 05/04/2024<br>22:13:28 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 45 | Info Hash: B392EC6D7963133D567FEE6AA33AFDDDB5D60EFB<br>File Hash:<br>9AC6DEAD097B6381396649BAA0E7331BAF8FDDC44544342BC97B244B35643D95 | 05/04/2024<br>22:12:31 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 46 | Info Hash: FAE52C807FB980D3425090BE95D5488782E18BF8<br>File Hash:<br>B166CC8D612508C77E8A14BC13539377162B0CE356966DC62D51FB6DCEB1DD28 | 05/04/2024<br>22:03:37 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 47 | Info Hash: 69DE3BE7CA9EED50BA22615B1724F7651B1D2A75<br>File Hash:<br>4979915DEA7645349FCB948C8239B258D59A905B2FF6CEBF883B449B5FC770A0 | 05/04/2024<br>22:03:06 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: F56D251D42E2192AAAA3CBF79AE2E834B8E49A42<br>File Hash: BFB2F7BA49662B563D559FA77B28A62277AF2BBF79E2B373E832E234C87A7AC1 | 05/04/2024 21:57:57 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 49 | Info Hash: C3B4882E06C4DFA37CFB1E147B78B3131284D317<br>File Hash: BB6CEA46B1E9B5B0FCAA614818BCDAAF662F24664055BAA0EB872DF3BBDD00CF | 05/04/2024 21:49:49 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 50 | Info Hash: 5713BF1A0D472849D169B6A33C0C10353FE75A55<br>File Hash: D3A87F24438C181F8B4680891AF83D34C4D5195F4EF19DB21D870F704AF61336 | 05/04/2024 21:38:29 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 51 | Info Hash: C948721A26FA8822BC7C4DE9D104154F40CEC029<br>File Hash: D8BE055A58626EB6660E191E34884CCEAA6CB829B6ACB1BD1397DC73C252F29A | 05/04/2024 21:38:21 | Blacked | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 52 | Info Hash: 4444ECF2D9FDDCACCDC4C3846902D55C6516C4A8<br>File Hash: 95F271DEB4A28E164AB251B107E3D3AD2667CF88F75756E8394C5E409F156336 | 05/04/2024 21:15:09 | Blacked | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 53 | Info Hash: B20560C6F003A2832B89807ECEB8B0F75527E843<br>File Hash: 5D6AE1F8A87EC6EC0E1F95C3927042C4039A068A7C27DF466E4ABD7D7F414DF7 | 05/04/2024 20:57:32 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 54 | Info Hash: 46F1EF82946DFAD9C807FCE97ED4B05DC82E5AD0<br>File Hash: FCF15ECBB8A39559BED0ABC4F777CA41B18B22B50A35042E07DF4B381759768C | 05/04/2024 20:41:13 | Blacked | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 55 | Info Hash: 6EC9DB838FAF4891BA6FED26ABC0C4985457F8F2<br>File Hash: 1BC31CD67533B445E8C26611C192B973D0A44944637B6062B1A0028FBF1EC4B7 | 04/24/2024 17:54:55 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |
| 56 | Info Hash: E5281EB882D08A8DAD654B4DEACFAD0188D8B30F<br>File Hash: A98CD13A821509FAF5B85034BF25900FEE7CF4759E2332B47CF1A9FDC2DFAE7A | 04/24/2024 05:48:51 | TushyRaw | 04/23/2024 | 05/09/2024 | PA0002470229 |
| 57 | Info Hash: 2B8EF2F1C37206F6F6CF251F2C85DA17B4333F09<br>File Hash: 5617C056DD7380135886872F2F2813E2F306BE5A42AC1C043C5DB3CFAD2F3DA0 | 04/23/2024 05:41:40 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 58 | Info Hash: CF709BE23F9D45C71EF4660EEB500746427540F9<br>File Hash: 8AE4854F81A7E3B8BA0B98516E900905F4AAE35603BA516D685D5E7AF9AB99BE | 04/06/2024 05:42:08 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 59 | Info Hash: 60B23B75CB6129C70A44720EEAAD17BEBDE21454<br>File Hash: FBA3F588BB6977C3B094CCA34D0E6A2DA5D760287621DB813F71B9C5297081AC | 04/04/2024 06:02:19 | Blacked | 04/03/2024 | 04/10/2024 | PA0002464919 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 6DB1BBB5D6079FFEC02CEEF53E705909D27BF67A<br>File Hash: 513F3DAD6947663CCCF995617390E089A49C622DA16F515D30D7B99A76B72EF0 | 02/04/2024 18:50:18 | TushyRaw | 01/30/2024 | 02/13/2024 | PA0002454780 |
| 61 | Info Hash: 28075E6DB1CD71B56E1338D3AF9E09A4EA4DF64E<br>File Hash: 9B13EB23CF5173248D5AE414F1DE6590FC967894498F47A9BDF21922C109C862 | 02/04/2024 07:50:44 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 62 | Info Hash: FB8AF0371C7176D020AF9445E8E4ECB136318C73<br>File Hash: 0821E7F8DA91169C492CBE0758BE7EBE021AA93446779A8AC724FEEE863228D2 | 01/31/2024 06:42:03 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 63 | Info Hash: 60E1C605B72CD91E72600CA8CBCE8B83254C692B<br>File Hash: DBF58E68B01896BB25F3151EEB39027D3CDA28EA073F166A623216872DC56618 | 01/21/2024 10:03:20 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 64 | Info Hash: 3F9CFC9C4DF017C2456AD5079B7B50EF33EA2CDB<br>File Hash: C966FF37529F52BAA9488751683D1AD536DED8E4F7D902C57255397F10C86C52 | 01/18/2024 18:48:47 | Blacked | 01/13/2024 | 02/13/2024 | PA0002454785 |
| 65 | Info Hash: 82DFCA9D374E780083222F97E559F75C26C80FD1<br>File Hash: 862B6261F9A85E01742A0F68F43CF7A1708AC25DB78867DDED96E54648F7C246 | 01/18/2024 08:07:01 | TushyRaw | 01/17/2024 | 02/14/2024 | PA0002455062 |
| 66 | Info Hash: 162337E60FB23131F9D01A70F85D6E24E236D211<br>File Hash: 7F606CA147CC7FA2453B5D88583F9D64615C7D3E80F06E0E222E85B8A6B91432 | 01/11/2024 03:30:54 | TushyRaw | 01/10/2024 | 02/13/2024 | PA0002454777 |
| 67 | Info Hash: 717B23AFA020E344534B78CBA89EADC950EF8419<br>File Hash: 6C9FCEA061541DB1410522AEE3C9A19DE6F5D13170AFD912A74196568B28719A | 01/07/2024 00:47:26 | Blacked | 01/06/2024 | 01/16/2024 | PA0002449249 |
| 68 | Info Hash: FE803E309D20546F408C85E885D593E7EC570F43<br>File Hash: 0E3049DF3A7DBCB868F84951EB8F2B77F234BB45F42AB4F8DB4B5E9BA0C4DDF4 | 01/03/2024 22:39:45 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 69 | Info Hash: F6F26D3133DA455D06CA3E6CEF70EC8222CD21A4<br>File Hash: 0F2A780E0D4A44317B12FD8C7B8D79ED208BDF09862675A0F2E84E359CBB719E | 12/28/2023 06:07:31 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |
| 70 | Info Hash: BE7871622824AE5C2CFA781A1B9867155127F8DB<br>File Hash: 3C997225FF6D45C03353FD804983767B8D69B8C487EB74D3DA408E55A35A1F0A | 12/24/2023 03:42:46 | Blacked | 12/23/2023 | 01/16/2024 | PA0002449251 |
| 71 | Info Hash: 9FF225EC7F400331AEB244C71F3B87B3B0CFCB92<br>File Hash: DBBBDEAEFB498DD23D467D9AF9595739906D2D2BE52F945640A559F13EC6C98E | 12/21/2023 14:38:15 | TushyRaw | 12/20/2023 | 01/16/2024 | PA0002449518 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: B81C9C0A0574CF67B8A99A4C0C11CD4AD413BEAD<br>File Hash: 5EB604A7EA4E9045BE0A9EBC51CFAF3A4BCB5A09816A892EBEDF17543D5C2BD6 | 12/17/2023 00:46:07 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 73 | Info Hash: 17FD82AE34D39F2027588209284E2DDF61B222A3<br>File Hash: 14622CA9160486DFCA997B681E7BC99D305CD1ADFBFAA6CA663B7B15C3FD7073 | 12/14/2023 16:20:48 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 74 | Info Hash: E873B529D01A64101D46A5C10603349C9ECD76E6<br>File Hash: D30AA470588B92555B3CB8986F6D084506D46CD4F188B4D63BFB49262057BC7F | 12/13/2023 22:39:16 | TushyRaw | 12/13/2023 | 01/16/2024 | PA0002449498 |
| 75 | Info Hash: F3EBC615D18D3097E921FE882B37D3C8EEA91AFD<br>File Hash: 264A465F3609B79EC83483275F51E01A6AA3EBACC57579CAE865CB86298760D4 | 12/10/2023 08:08:42 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |